FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0636

JUDSON T. HEWITT,

Petitioner,

v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, THE HON. KATHY SEELEY,
District Judge, Presiding,

Respondent.

FILED

JAN 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Judson T. Hewitt has filed a Petition for Rehearing of this Court's November 22, 2022 Order denying and dismissing his writ of supervisory control over the First Judicial District Court.

Upon review, we conclude that Hewitt has not presented any criteria for rehearing of this matter. M. R. App. P. 20(1). Therefore,

IT IS ORDERED that Hewitt's Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all parties and counsel of record.

DATED this 10 day of January, 2023.

_____
Chief Justice

_____

_____

_____
Justices